United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANDREW RADIN,

         Plaintiff,

    v.

AMERICAN AIRLINES, INC., et al.,

         Defendants.

Case No.  13-cv-04973-BLF

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 17

     On May 2, 2014, the parties jointly submitted a "Notice of Settlement" and "Stipulation to Extend Time to File a Joint Case Management Statement."  Dkt. Nos. 17, 18.  In consideration of the parties' request that "[a]ll proceedings in this matter should be abated pending finalization of the settlement," the Court finds good cause to continue both the deadline for filing a Joint Case Management Statement and the Case Management Conference presently scheduled for May 15, 2014.

     The Case Management Conference is continued to July 3, 2014 at 1:30 p.m.  The parties shall submit a Joint Case Management Statement or Stipulation of Dismissal no later than June 26, 2014.

     **IT IS SO ORDERED.**

Dated: May 5, 2014

_____
BETH LABSON FREEMAN
United States District Judge